UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS S. ROY,

    Plaintiff,

v.

VICTORIA BARSHAW, *et al.*,

    Defendants.

Case No. C06-5296FDB

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND PRETRIAL SCHEDULE

    The matter comes before the court on plaintiff's motion to continue discovery (Doc. 25), plaintiff's motion to compel discovery (Doc. 29), and a additional motion to compel discovery (Doc. 32). After considering these motions, opposition to the motions, and Plaintiff's reply briefing, the court finds and orders as follows:

    (1) Plaintiff's motion to continue discovery is **GRANTED**. The current discovery deadline (March 1, 2007) has past, and it appears an extension of time is warranted to allow the parties to have a full opportunity to complete the discovery process. Accordingly, all further discovery shall be completed by **May 1, 2007.** The serving party, therefore, must serve his/her interrogatories at least thirty (30) days before this deadline in order to allow the other party time to answer in a timely manner. Dispositive motion shall be filed and served on or before **June 15, 2007.** Counsel and *pro se* parties are directed to confer and provide the court with the joint status report by no later than **September 15, 2007**.

    (2) Plaintiff's motions to compel (Docs 29 & 32) are **DENIED**. Plaintiff complains that the

PRETRIAL SCHEDULE
Page - 1

answers to his discovery requests included inappropriate objections and irrelevant information. After reviewing the pleadings, the court finds defendants have responded appropriately to each of the underlying discovery requests. Plaintiff should note that discovery is an ongoing process, thus if Defendants become aware of any further information or documentation that is responsive, they have a duty to disclose such information.

DATED this 20th day of March, 2007.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge