UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS S. ROY,

    Plaintiff,

  v.

VICTORIA BARSHAW, *et al.*,

    Defendants.

Case No. C06-5296FDB

ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

The matter comes before the court on plaintiff's motion requesting a protective order prohibiting further retaliation and harassment (Doc. 59). After considering this motion and the balance of the record, the court finds and orders as follows:

Plaintiff's motion is **DENIED as being moot.** The undersigned has reviewed the motion along with the pending dispositive motions. On this same date, the undersigned has recommended dismissal of this matter. Accordingly, the motion for a protective order appears to be moot.

DATED this 4th day of October, 2007.

          */s/ J. Kelley Arnold*
          J. Kelley Arnold
          United States Magistrate Judge

ORDER
Page - 1