UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS S. ROY,

    Plaintiff,

v.

VICTORIA BARSHAW, *et al.*,

    Defendants.

Case No. C06-5296FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
AND GRANTING
SUMMARY JUDGMENT

    Plaintiff asserted retaliation claims, among others, which the Magistrate Judge recommends be dismissed on Defendants' motion for summary judgment for reasons elaborated in the Report and Recommendation. Plaintiff filed objections, to which Defendants filed a response. Plaintiff's objections do not persuade the Court that the Magistrate Judge's analysis and conclusions is flawed.

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment and motion to dismiss are GRANTED;

(3) Plaintiff's causes of action are DISMISSED; and plaintiff's pending motions, if any, are denied as being moot;

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold

DATED this 7th day of November 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1