# United States District Court

WESTERN DISTRICT OF WASHINGTON

NICHOLAS S ROY

JUDGMENT IN A CIVIL CASE

v.

VICTORIA BARSHAW, et al.

CASE NUMBER: C06-5296FDB

_____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.    The Court adopts the Report and Recommendation.

2.    Defendant's motion for summary judgment and motion to dismiss are **GRANTED**.

3.    Plaintiff's  causes of action are **DISMISSED**; and plaintiff's pending motions, if any, are denied as being moot.

November 8, 2007                          BRUCE RIFKIN
                                                          Clerk


                                                    s/ D. Forbes
                                                  By, Deputy Clerk